1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DENOTRA EDWARDS,                          )          3:10-CV-0209-RCJ (RAM)
                                         )
                Plaintiff,               )          **ORDER**
                                         )
        vs.                              )
                                         )
TAHOE PACIFIC HOSPITAL,                  )
                                         )
                Defendant.               )
_____)

On April 12, 2010, Plaintiff filed an Application to Proceed *In Forma Pauperis* (Doc. #1). On April 13, 2010, the court ordered that Plaintiff provide additional information (Doc. #2) and gave Plaintiff until May 7, 2010, to comply with the court's order.

The court has been advised that Plaintiff paid the full $350.00 filing fee on May 6, 2010. Plaintiff may therefore proceed with this action. Because Plaintiff is not proceeding *in forma pauperis*, she is responsible for having a Summons issued and effecting service of process. Plaintiff should consider effecting service of process by using the waiver provisions of Fed R. Civ. P. Rule 4, or hiring a process server if she needs assistance with service of process -- several are listed in the yellow pages in the telephone book.

**IT IS THEREFORE ORDERED** that, having paid the full $350.00 filing fee, the Clerk shall **FILE** the Complaint. Plaintiff may proceed with service of process, which must be effected within 120 days from the date of this order. *See* Rule 4(m), Fed R. Civ. P.

DATED:  May 6, 2010.

_____
UNITED STATES MAGISTRATE JUDGE